Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Wayne**<br>First name<br>**Alan**<br>Middle name<br>**Darling**<br>Last name<br>_____<br>Suffix (Sr., Jr, II, III) | **Tracy**<br>First name<br>**Ellen**<br>Middle name<br>**O'Reilly Darling**<br>Last name<br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **5  5  9  1**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - **1  0  6  8**<br>OR<br>**9**xx - xx - __ __ __ __ |

| Debtor 1 | Wayne | Alan | Darling | |
|---|---|---|---|---|
| Debtor 2 | Tracy | Ellen | O'Reilly Darling | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN |

| | | | **If Debtor 2 lives at a different address:** |
|---|---|---|---|
| **5.** | **Where you live** | **1207 Glen Creek Drive** <br> Number        Street <br><br> _____ <br><br> **Mansfield, TX 76063** <br> City                    State    ZIP Code <br><br> **Tarrant** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number        Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City                    State    ZIP Code | _____ <br> Number        Street <br><br> _____ <br><br> _____ <br> City                    State    ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number        Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City                    State    ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> _____ <br> _____ <br> _____ <br> _____ | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> _____ <br> _____ <br> _____ <br> _____ |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ❑ Chapter 11
- ❑ Chapter 12
- ❑ Chapter 13

**8.   How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No.

❑ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

❑ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ MM / DD / YYYY | Case number, if known _____ |

**11.   Do you rent your residence?**

☑ No.   Go to line 12.

❑ Yes.   Has your landlord obtained an eviction judgment against you?

    ❑ No. Go to line 12.

    ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____    _____    _____
City                          State      ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.      I am not filing under Chapter 11.

☐ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.      I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.      I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?   _____

Number        Street

_____

_____

City                                State      ZIP Code

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|----------|-----------|----------|-------------|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

❑ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

❑ No. Go to line 16c.
❑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

❑ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
❑ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999
❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000
❑ 25,001-50,000
❑ 50,000-100,000
❑ More than 100,000

**19. How much do you estimate your assets to be worth?**

❑ $0-$50,000
❑ $50,001-$100,000
☑ $100,001-$500,000
❑ $500,001-$1 million
❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

**20. How much do you estimate your liabilities to be?**

❑ $0-$50,000
❑ $50,001-$100,000
☑ $100,001-$500,000
❑ $500,001-$1 million
❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** __/s/ Wayne Alan Darling_____     **X** __/s/ Tracy Ellen O'Reilly Darling_____

Wayne Alan Darling, Debtor 1                 Tracy Ellen O'Reilly Darling, Debtor 2

Executed on **06/18/2026**_____          Executed on **06/18/2026**_____
MM/  DD/  YYYY                                MM/  DD/  YYYY

---

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 7

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Clayton L. Everett**
Signature of Attorney for Debtor

Date **06/18/2026**
MM / DD / YYYY

**Clayton L. Everett**
Printed name

**Norred Law, PLLC**
Firm name

**515 E. Border**
Number        Street

**Norred Law, PLLC**

**Arlington**                                                           **TX**      **76010**
City                                                                        State    ZIP Code

Contact phone **(817) 704-3984**          Email address **clayton@norredlaw.com**

**24065212**                                                        **TX**
Bar number                                                          State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 8

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ___**Northern**___ District of ___**Texas**___

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1 __**Home**__
Street address, if available, or other description

__**1207 Glen Creek Drive**__

__**Mansfield, TX 76063**__
City          State          ZIP Code

__**Tarrant**__
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:** __Value is average between Tarrant County Appraisal District and Zillow__

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$254,212.50** | **$254,212.50** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

__**Fee Simple**__

☐ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**     Case number *(if known)*

---

**1.2** **Unimproved Land located in Ireland**

Street address, if available, or other description

**1 Acre in Ballynapark, Wicklow County, Ireland**

City         State     ZIP Code

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**Land was gifted to Debtor's sons in 2006; however, the transfer was never formally registered or recorded**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$11,000.00** | **$11,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ............................................... ➔     **$265,212.50**

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1** 

Make:     **Ford**

Model:    **Fusion**

Year:     **2010**

Approximate mileage:  **191,444**

Other information:

**Source of Value: NADA
Valuation by NADA
VIN: 3FAHP0JA8AR193592**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,310.00** | **$5,310.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**                    Case number *(if known)* _____

| | | |
|---|---|---|
| 4.1 | Make: _____  Model: _____  Year: _____  Other information: | **Who has an interest in the property?** Check one. |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** _____

**Current value of the portion you own?** _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................... ➡ **$5,310.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........

   > **sofas, coffee tables, tv stand, lamps, armchairs, bookcases, ottomans, dining tables, chairs, refrigerator, stove/cooking unit, small kitchen appliances, kitchenware, houseware, linens, dressers, end tables, nightstands, wardrobes/armoires, king size bed, washer/dryer, ironing board/iron, laundry baskets/hampers, portable a/c heater, fans, vacuum cleaners, home decor, utility shelves, grills, lawn tools, household tools, household decor, desk, desk chair, filing cabinets, office supplies, bookshelves, ladder, area rugs, mirrors, small tables, glass display case, vases, food weighing scales, weighing scale, gasoline canisters, dog bed, 2 sheep skin rugs, office table top paper organizer, dog food/water bowls, folding stool, folding card table, tv dining tables, arts and crafts supplies, globe**

   **$2,500.00**

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........

   > **E-readers, iPads, tablets, televisions, streaming devices, Nintendo consoles, webcams, digital cameras, lenses and tripods, headphones, iPhones, projector, speakers, printers/scanners, computers**

   **$1,770.00**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   > **Books, prints, knick-knacks, australian aboriginal wind pipe instrument, sculptures, small crystals & minerals, antique art objects, foreign currency, antique clocks, drawings, coin collection, Irish fairy cards & book sets, model trains, cars, and planes**

   **$815.00**

Debtor __Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen__          Case number *(if known)* _____

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........   **Everyday clothing, shoes, accessories**          $528.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........   **Everyday jewelry, costume jewelry, engagement ring, wedding rings, brooch, pendants, cuff links**          $2,060.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........   **Dog, sentimental value only**          $1.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. .............   **Shower chair, foot bath, wheelchair**          $50.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................   →          $7,724.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ..................................................................................................................... Cash: ..................          $85.00

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* _____

---

17. **Deposits of money**

    *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ....................                     Institution name:

    | | | |
    |---|---|---:|
    | 17.1. Checking account: | **Frost Bank**<br>**Account Number: 8059** | **$1,383.21** |
    | 17.2. Checking account: | **Frost Bank (Business Account)**<br>**Account Number: 9182** | **$476.77** |
    | 17.3. Checking account: | **Texas Trust Credit Union**<br>**Account Number: 3713** | **$458.67** |
    | 17.4. Checking account: | **Texas Trust Credit Union (Business account)**<br>**Account Number: 6308** | **$11.29** |
    | 17.5. Savings account: | **Texas Trust Credit Union**<br>**Account Number: 3713** | **$5.00** |
    | 17.6. Savings account: | **Texas Trust Credit Union (Business account)**<br>**Account Number: 6308** | **$5.00** |
    | 17.7. Other financial account: | **Coin Base**<br>**Account Number: 4891** | **$0.01** |
    | 17.8. Other financial account: | **Etrade**<br>**Account Number: 6045** | **$0.00** |
    | 17.9. Other financial account: | **Etrade**<br>**Account Number: 8385** | **$0.00** |
    | 17.10. Other financial account: | **Tradestation**<br>**Account Number: 0353** | **$100.00** |
    | 17.11. Other financial account: | **Cash App Account** | **$101.00** |
    | 17.12. Other financial account: | **Cryptocurrency portfolio held on Coinbase:**<br>**0.00141106 BTC, 0.01117364 ETH, 47.049108 USDT, and**<br>**14.575 XRP** | **$178.00** |
    | 17.13. Other financial account: | **Paypal Account 1** | **$0.00** |
    | 17.14. Other financial account: | **Paypal Account 2** | **$0.00** |
    | 17.15. Other financial account: | **Venmo Account** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ....................     Institution or issuer name:

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* _____

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No

   ☑ Yes. Give specific information about them....................

   | Name of entity: | % of ownership: | |
   |---|---|---|
   | **Artali LLC (Defunct)** | **100.00%** | **$0.00** |
   | **Fred Feuco Corporation (Never Operated)** | **100.00%** | **$0.00** |
   | **Quartz Eagle Enterprises LLC** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No

   ☐ Yes. Give specific information about them.................... Issuer name:

   _____   _____

   _____   _____

   _____   _____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No

   ☐ Yes. List each account separately.

   | Type of account: | Institution name: | |
   |---|---|---|
   | 401(k) or similar plan: | | |
   | Pension plan: | | |
   | IRA: | | |
   | Retirement account: | | |
   | Keogh: | | |
   | Additional account: | | |
   | Additional account: | | |

Debtor  **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**                    Case number *(if known)* _____

---

22.  **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No

   ☐ Yes ...................                    Institution name or individual:

   Electric:                         _____    _____

   Gas:                              _____    _____

   Heating oil:                      _____    _____

   Security deposit on rental unit:  _____    _____

   Prepaid rent:                     _____    _____

   Telephone:                        _____    _____

   Water:                            _____    _____

   Rented furniture:                 _____    _____

   Other:                            _____    _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ...................    Issuer name and description:

                              _____    _____

                              _____    _____

                              _____    _____

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No

   ☐ Yes ...................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                              _____    _____

                              _____    _____

                              _____    _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☐ No

   ☑ Yes. Give specific
      information about them. ...    **Wayne And Tracy Darling Revocable Trust (Holds property listed on A/B 1.1)**                    _____ **$0.00**

---

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☑ Yes. Give specific information about them. ...

| **See Attached.** | **$3.00** |

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal: _____

State: _____

Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

---

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**                    Case number *(if known)* _____

---

31.   **Interests in insurance policies**

      *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

      ☐ No

      ☑ Yes. Name the insurance company
         of each policy and list its value. ...

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
|  | **Healthspring Health Insurance** |  | **$0.00** |
|  | **Progressive Auto Insurance** |  | **$0.00** |
|  | **United Healthcare** |  | **$0.00** |

32.   **Any interest in property that is due you from someone who has died**

      If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

      ☑ No

      ☐ Yes. Give specific information. ........

33.   **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

      *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

      ☑ No

      ☐ Yes. Describe each claim. ..............

34.   **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

      ☐ No

      ☑ Yes. Describe each claim. ..............

      > **Beneficial interest in nonproducing mineral rights arising from a divorce decree and judgment entered approximately 30 years ago (Case No. 97CI-13658); interest currently held by receiver.**
      >
      > **Potential claim related to GSB cryptocurrency investment. Debtor's invested approximately $2,000 in 2023 and may have a contingent right to recovery through a pending settlement process (Claim No. GSB-4638). Value unknown, believed to be nominal.**

      **$100.00**

35.   **Any financial assets you did not already list**

      ☑ No

      ☐ Yes. Give specific information. ........

36.   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................................................... ➡   **$2,906.95**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.   **Do you own or have any legal or equitable interest in any business-related property?**

      ☐ No. Go to Part 6.

      ☑ Yes. Go to line 38.

---

Debtor __Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen__          Case number *(if known)* _____

|  | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

38. **Accounts receivable or commissions you already earned**

   ☑ No

   ☐ Yes. Describe. .........   _____

39. **Office equipment, furnishings, and supplies**

   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☑ No

   ☐ Yes. Describe. .........   _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☐ No

   ☑ Yes. Describe. .........   **Rock & crystal grinding machine**          $800.00

41. **Inventory**

   ☑ No

   ☐ Yes. Describe. .........   _____

42. **Interests in partnerships or joint ventures**

   ☑ No

   ☐ Yes. Describe .......

   Name of entity:                    % of ownership:

   _____    _____    _____

   _____    _____    _____

   _____    _____    _____

43. **Customer lists, mailing lists, or other compilations**

   ☑ No

   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

      ☐ No

      ☐ Yes. Describe. .........   _____

Official Form 106A/B                    **Schedule A/B: Property**                    page **10**

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**    Case number *(if known)* _____

---

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
    information .........

    _____  _____
    _____  _____
    _____  _____
    _____  _____
    _____  _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........................................................................................ ➡ | **$800.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................  _____  _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
    information. ............  _____  _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................  _____  _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ........................  _____  _____

Official Form 106A/B    **Schedule A/B: Property**    page **11**

Debtor __Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen__     Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
    information. ............     [                                    ]     _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................... ➔    | $0.00 |

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific
    information. ............     [                                    ]     _____
    _____
    _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➔    | $0.00 |

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ............................................................................................................ ➔    | $265,212.50 |

56. **Part 2: Total vehicles, line 5**                                    $5,310.00

57. **Part 3: Total personal and household items, line 15**              $7,724.00

58. **Part 4: Total financial assets, line 36**                          $2,906.95

59. **Part 5: Total business-related property, line 45**                 $800.00

60. **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61. **Part 7: Total other property not listed, line 54**          +      $0.00

62. **Total personal property.** Add lines 56 through 61. ...............    $16,740.95    Copy personal property total ➔    +    $16,740.95

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ....................................................    | $281,953.45 |

---

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* _____

| | Continuation Page |
|---|---|

| 26. | Patents, copyrights, trademarks, trade secrets, and other intellectual property | |
|---|---|---|
| | Copyrights to the following works: 5th Dimensional Healing, Raven of Blackthorn Manor, To Kiss a Leprechaun by Wayne Darling (writing as himself and as Gemma Juliana) | $3.00 |
| | thestellaralchemist.com | $0.00 |
| | tracyellenaffiliate.com | $0.00 |

Official Form 106A/B                    **Schedule A/B: Property**                    page **13**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

❑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt 04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Home**<br>**1207 Glen Creek Drive**<br>**Mansfield, TX 76063**<br><br>Line from *Schedule A/B:* **1.1** | **$254,212.50** | ☑ **$44,706.34**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ❑ No
      ❑ Yes

| | | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2010 Ford Fusion**<br>**VIN:**<br>**3FAHP0JA8AR193592**<br>**Valuation by NADA**<br><br>Line from *Schedule A/B:*  **3.1** | **$5,310.00** | ☑  **$5,310.00**<br>❑  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **sofas, coffee tables, tv stand, lamps, armchairs, bookcases, ottomans, dining tables, chairs, refrigerator, stove/cooking unit, small kitchen appliances, kitchenware, houseware, linens, dressers, end tables, nightstands, wardrobes/armoires, king size bed, washer/dryer, ironing board/iron, laundry baskets/hampers, portable a/c heater, fans, vacuum cleaners, home decor, utility shelves, grills, lawn tools, household tools, household decor, desk, desk chair, filing cabinets, office supplies, bookshelves, ladder, area rugs, mirrors, small tables, glass display case, vases, food weighing scales, weighing scale, gasoline canisters, dog bed, 2 sheep skin rugs, office table top paper organizer, dog food/water bowls, folding stool, folding card table, tv dining tables, arts and crafts supplies, globe** | **$2,500.00** | ☑ **$2,500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* **6** | | | |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **E-readers, iPads, tablets, televisions, streaming devices, Nintendo consoles, webcams, digital cameras, lenses and tripods, headphones, iPhones, projector, speakers, printers/scanners, computers** Line from *Schedule A/B:* **7** | **$1,770.00** | ☑ **$1,770.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Books, prints, knick-knacks, australian aboriginal wind pipe instrument, sculptures, small crystals & minerals, antique art objects, foreign currency, antique clocks, drawings, coin collection, Irish fairy cards & book sets, model trains, cars, and planes** Line from *Schedule A/B:* **8** | **$815.00** | ☑ **$815.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Everyday clothing, shoes, accessories** Line from *Schedule A/B:* **11** | **$528.00** | ☑ **$528.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Everyday jewelry, costume jewelry, engagement ring, wedding rings, brooch, pendants, cuff links** Line from *Schedule A/B:* **12** | **$2,060.00** | ☑ **$2,060.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **Dog, sentimental value only**<br><br>Line from *Schedule A/B:* **13** | **$1.00** | ☑ | **$1.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **Shower chair, foot bath, wheelchair**<br><br>Line from *Schedule A/B:* **14** | **$50.00** | ☑ | **$50.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Rock & crystal grinding machine**<br><br>Line from *Schedule A/B:* **40.1** | **$800.00** | ☑ | **$800.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Darling, Wayne Alan**                                   CASE NO

   **O'Reilly Darling, Tracy Ellen**                            CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $265,212.50 | $209,506.16 | $55,706.34 | $44,706.34 | $11,000.00 |
| 3. | Motor vehicle | $5,310.00 | $0.00 | $5,310.00 | $5,310.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $2,500.00 | $0.00 | $2,500.00 | $2,500.00 | $0.00 |
| 7. | Electronics | $1,770.00 | $0.00 | $1,770.00 | $1,770.00 | $0.00 |
| 8. | Collectibles of value | $815.00 | $0.00 | $815.00 | $815.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $528.00 | $0.00 | $528.00 | $528.00 | $0.00 |
| 12. | Jewelry | $2,060.00 | $0.00 | $2,060.00 | $2,060.00 | $0.00 |
| 13. | Nonfarm animals | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 14. | Other | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 16. | Cash | $85.00 | $0.00 | $85.00 | $0.00 | $85.00 |
| 17. | Deposits of money | $2,718.95 | $0.00 | $2,718.95 | $0.00 | $2,718.95 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Darling, Wayne Alan**

**O'Reilly Darling, Tracy Ellen**

CASE NO

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $100.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $800.00 | $0.00 | $800.00 | $800.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Darling, Wayne Alan**                    CASE NO

**O'Reilly Darling, Tracy Ellen**                    CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|     | **TOTALS:** | **$281,953.45** | **$209,506.16** | **$72,447.29** | **$58,540.34** | **$13,906.95** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Darling, Wayne Alan**                                      CASE NO

**O'Reilly Darling, Tracy Ellen**                          CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | **$0.00** | **$0.00** | **$0.00** |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| Unimproved Land located in Ireland | $11,000.00 | $0.00 | $11,000.00 | $11,000.00 |
| 1 Acre in Ballynapark, Wicklow County, Ireland | | | | |
| **Personal Property** | | | | |
| Cash | $85.00 | $0.00 | $85.00 | $85.00 |
| Frost Bank | $1,383.21 | $0.00 | $1,383.21 | $1,383.21 |
| Checking account | | | | |
| Acct. No.: 8059 | | | | |
| Frost Bank (Business Account) | $476.77 | $0.00 | $476.77 | $476.77 |
| Checking account | | | | |
| Acct. No.: 9182 | | | | |
| Texas Trust Credit Union | $5.00 | $0.00 | $5.00 | $5.00 |
| Savings account | | | | |
| Acct. No.: 3713 | | | | |
| Texas Trust Credit Union | $458.67 | $0.00 | $458.67 | $458.67 |
| Checking account | | | | |
| Acct. No.: 3713 | | | | |
| Texas Trust Credit Union (Business account) | $5.00 | $0.00 | $5.00 | $5.00 |
| Savings account | | | | |
| Acct. No.: 6308 | | | | |
| Texas Trust Credit Union (Business account) | $11.29 | $0.00 | $11.29 | $11.29 |
| Checking account | | | | |
| Acct. No.: 6308 | | | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:      **Darling, Wayne Alan**                                   CASE NO

          **O'Reilly Darling, Tracy Ellen**                      CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| Cash App Account<br>Other financial account | $101.00 | $0.00 | $101.00 | $101.00 |
| Coin Base<br>Brokerage account<br>Acct. No.: 4891 | $0.01 | $0.00 | $0.01 | $0.01 |
| Tradestation<br>Brokerage account<br>Acct. No.: 0353 | $100.00 | $0.00 | $100.00 | $100.00 |
| Copyrights to the following works: 5th Dimensional Healing, Raven of Blackthorn Manor, To Kiss a Leprechaun by Wayne Darling (writing as himself and as Gemma Juliana) | $3.00 | $0.00 | $3.00 | $3.00 |
| Beneficial interest in nonproducing mineral rights arising from a divorce decree and judgment entered approximately 30 years ago (Case No. 97CI-13658); interest currently held by receiver. | $100.00 | $0.00 | $100.00 | $100.00 |
| Cryptocurrency portfolio held on Coinbase: 0.00141106 BTC, 0.01117364 ETH, 47.049108 USDT, and 14.575 XRP<br>Other financial account | $178.00 | $0.00 | $178.00 | $178.00 |
| **TOTALS:** | **$281,953.45** | **$209,506.16** | **$72,447.29** | **$13,906.95** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Darling, Wayne Alan**                    CASE NO

**O'Reilly Darling, Tracy Ellen**          CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #5*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$281,953.45** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$281,953.45** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$209,506.16** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$209,506.16** |
| G. Total Equity (not including surrendered property) / (A-D) | **$72,447.29** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$72,447.29** |
| J. Total Exemptions Claimed | **$58,540.34** |
| K. Total Non-Exempt Property Remaining (G-J) | **$13,906.95** |

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
</table>

| Debtor 1 | **Wayne** | **Alan** | **Darling** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____  District of  _____**Texas**_____

Case number (if known) _____

❑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

**2.1** **Frost Bank**

Creditor's Name

**P.O. Box 34746**

Number          Street

**San Antonio, TX 78265**

City          State          ZIP Code

Describe the property that secures the claim:     **$209,506.16**     **$254,212.50**     **$0.00**

| **Home** |
|---|
| **1207 Glen Creek Drive Mansfield, TX 76063** |

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred**   **11/2024**     **Last 4 digits of account number**   **9  0  0  1**

**Remarks:** HELOC taken out in November 2024

**Add the dollar value of your entries in Column A on this page. Write that number here:**     **$209,506.16**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Northern** | District of | **Texas** |
| Case number (if known) | | | |

❑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.
☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1   Internal Revenue Service** | Last 4 digits of account number   **5  5  9  1** | **$200.00** | **unknown** | **$200.00** |
| Priority Creditor's Name | | | | |
| **P.O. Box 7346** | **When was the debt incurred?   12/31/2024** | | | |
| Number          Street | | | | |

**As of the date you file, the claim is:** Check all that apply.

**Philadelphia, PA 19101**
City          State          ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

❏ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **Amex**

Nonpriority Creditor's Name

**PO Box 650448**

Number          Street

**Dallas, TX 75265**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** 9 8 9 3

**When was the debt incurred?** 3/1/2022

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**$31,868.00**

**4.2** **Amex**

Nonpriority Creditor's Name

**PO Box 650448**

Number          Street

**Dallas, TX 75265**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
☑ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** 8 0 7 3

**When was the debt incurred?** 9/1/2021

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**$0.00**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3** **Angela Harris**

Nonpriority Creditor's Name

**11824 Luna Del Mar Ln**

Number          Street

**Las Vegas, NV 89138**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   7   7   C**

**When was the debt incurred?**          **03/2026**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

**Total claim: $0.00**

---

**4.4** **Beckstrom & Beckstrom, LLP**

Nonpriority Creditor's Name

**400 S 4th St Ste. 650**

Number          Street

**Las Vegas, NV 89101**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0   0   0   0**

**When was the debt incurred?**          **10/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

**Total claim: $10,000.00**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **3** of **12**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.5** **Capital One**
Nonpriority Creditor's Name
**P.O. Box 60519**
Number          Street

_____

**City Of Industry, CA 91716**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **0  8  7  5**

**When was the debt incurred?**        **12/2024**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Total claim: $11,242.23**

**4.6** **Capital One**
Nonpriority Creditor's Name
**P.O. Box 60519**
Number          Street

_____

**City Of Industry, CA 91716**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **8  7  7  3**

**When was the debt incurred?**        **08/2025**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Total claim: $1,111.18**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.7** **Capital One**
Nonpriority Creditor's Name

**P.O. Box 60519**
Number          Street

_____

**City Of Industry, CA 91716**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    5  3  3  2**

**When was the debt incurred?        12/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$2,150.16**

---

**4.8** **Capital One**
Nonpriority Creditor's Name

**P.O. Box 60519**
Number          Street

_____

**City Of Industry, CA 91716**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    8  3  1  2**

**When was the debt incurred?        12/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$10,408.61**

---

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.9

**Chase Bank**

Nonpriority Creditor's Name

**P.O Box 15123**

Number          Street

**Wilmington, DE 19850**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**    **5  9  5  9**

**When was the debt incurred?**          **12/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Total claim: $2,714.73**

### 4.10

**Citi Card Consumer Credit Cards**

Nonpriority Creditor's Name

**PO Box 6500**

Number          Street

**Sioux Falls, SD 57117**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**    **8  8  7  5**

**When was the debt incurred?**          **03/2026**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Total claim: $8,530.23**

| | | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.11  Discover Card Credit Cards**

Nonpriority Creditor's Name

**PO Box 71242**

Number          Street

**Charlotte, NC 28272**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**     **7   6   0   6**          **$26,088.38**

**When was the debt incurred?**          **12/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

---

**4.12  Goldman Sachs Bank USA**

Nonpriority Creditor's Name

**PO Box 70379**

Number          Street

**Philadelphia, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**     **9   1   6   3**          **$3,037.00**

**When was the debt incurred?**          **11/1/2021**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.13**  **Goldman Sachs Bank USA**

Nonpriority Creditor's Name

**PO Box 70379**

Number          Street

_____

**Philadelphia, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**     **8  1  9  9**

**When was the debt incurred?**     **11/24/2021**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**$2,017.00**

---

**4.14**  **Goldman Sachs USA**

Nonpriority Creditor's Name

**PO Box 7247**

Number          Street

_____

**Philadelphia, PA 84101**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**     **6  0  3  6**

**When was the debt incurred?**     **06/2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$3,037.26**

---

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.15**

**GS Bank USA**
Nonpriority Creditor's Name

**Lockbox 6112 P.O. Box 7247**
Number          Street

_____

**Philadelphia, PA 19170**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8  9  3  6**

**When was the debt incurred?**        **01/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$1,992.88**

**4.16**

**Synchrony Bank/Lowes**
Nonpriority Creditor's Name

**PO Box 965064**
Number          Street

_____

**Orlando, FL 32896**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4  5  5  0**

**When was the debt incurred?**        **4/1/2007**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

**$0.00**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** ─ **Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.17**

| **Texas Trust Credit Union** | **Last 4 digits of account number** | **0 0 0 1** | **$0.00** |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |

**Attn: Bankruptcy Department**

**P.O.Box 2260**

Number          Street

**When was the debt incurred?**          **10/1/2011**

**Mansfield, TX 76063**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Previous Automobile**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**4.18**

| **Wells Fargo** | **Last 4 digits of account number** | **5 2 0 0** | **$7,542.16** |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |

**PO Box 51193**

Number          Street

**When was the debt incurred?**          **12/2024**

**Los Angeles, CA 90051**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **10** of **12**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

1.  **Eighth Judicial District Court Clark County, Nevada**

    Name

    **200 Lewis Ave**

    Number        Street

    **Las Vegas, NV 89101**

    City            State        ZIP Code

    **On which entry in Part 1 or Part 2 did you list the original creditor?**

    Line **4.3** of *(Check one):*

    ☐ Part 1: Creditors with Priority Unsecured Claims
    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

    **Last 4 digits of account number**    **5**  **7**  **7**  **C**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + **$200.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. **$200.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + **$121,739.82** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. **$121,739.82** |

Fill in this information to identify your case:

| Debtor 1 | **Wayne** | **Alan** | **Darling** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Knapp Sisters Self Storage**<br>Name<br>**100 Newt Patterson Rd**<br>Number          Street<br>**Mansfield, TX 76063**<br>City          State          ZIP Code | Contract to be ASSUMED. Debtor's to pay according to the original contract. |
| **2.2** <br>Name<br><br>Number          Street<br><br>City          State          ZIP Code | |
| **2.3** <br>Name<br><br>Number          Street<br><br>City          State          ZIP Code | |
| **2.4** <br>Name<br><br>Number          Street<br><br>City          State          ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Wayne** | **Alan** | **Darling** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

❑ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ❑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ❑ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ❑ No

   ☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

   **O'Reilly Darling, Tracy Ellen**
   Name of your spouse, former spouse, or legal equivalent

   **1207 Glen Creek Drive**
   Number        Street

   **Mansfield, TX 76063**
   City        State        ZIP Code

   ☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

   **Darling, Wayne Alan**
   Name of your spouse, former spouse, or legal equivalent

   **1207 Glen Creek Drive**
   Number        Street

   **Mansfield, TX 76063**
   City        State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D***,** *Schedule E/F***, or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.1

Name

Number        Street

City        State        ZIP Code

❑ Schedule D, line _____

❑ Schedule E/F, line _____

❑ Schedule G, line _____

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |
| 3.2 | | ❑ Schedule D, line _____ |
| | Name | ❑ Schedule E/F, line _____ |
| | Number          Street | ❑ Schedule G, line _____ |
| | City          State          ZIP Code | |

Official Form 106H **Schedule H: Codebtors** page **2** of **2**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Tracy** | **Ellen** | **O'Reilly Darling** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number (if known) _____

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>❑ Not employed | ☑ Employed<br>❑ Not employed |
| | **Occupation** | **Self Employed** | **Self Employed** |
| | **Employer's name** | **Quartz Eagle Enterprises LLC** | **Quartz Eagle Enterprises LLC** |
| | **Employer's address** | **1207 Glen Creek Drive**<br>Number        Street | **1207 Glen Creek Drive**<br>Number        Street |
| | | **Mansfield, TX 76063**<br>City        State        ZIP Code | **Mansfield, TX 76063**<br>City        State        ZIP Code |
| | **How long employed there?** | **15 years 8 months** | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $0.00 |

| | | |
|---|---|---|
| Debtor 1 | **Wayne**   **Alan**   **Darling** | Case number *(if known)* |
| Debtor 2 | **Tracy**   **Ellen**   **O'Reilly Darling** | |
| | First Name   Middle Name   Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here**........................................................................ ➜ | 4. | **$0.00** | **$0.00** |
| **5. List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | **$0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| 5e. **Insurance** | 5e. | **$0.00** | **$0.00** |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h. **+** | **$0.00** | **+ $0.00** |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$0.00** | **$0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |
| **8. List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$2,176.89** | **$880.59** |
| 8b. **Interest and dividends** | 8b. | **$0.00** | **$13.30** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** |
| 8d. **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| 8e. **Social Security** | 8e. | **$892.80** | **$429.00** |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| 8h. **Other monthly income.** Specify: **Native American Tribal Revenue** | 8h. **+** | **$434.17** | **+ $0.00** |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$3,503.86** | **$1,322.89** |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$3,503.86** **+** | **$1,322.89** **=** **$4,826.75** |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

---

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.   **$4,826.75**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

---

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

---

8a. Attached Statement

## Quartz Eagle Enterprises LLC

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

|  | | |
|---|---|---|
| 1. | Gross Monthly Income: | **$3,114.41** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

|  | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$0.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$337.86** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |

| | | |
|---|---|---|
| **Cost of goods sold** | **$0.00** | |
| **Marketing and Advertising** | **$111.89** | |
| **Credit/Debit Card** | **$0.00** | |
| **Licenses/Permits** | **$0.00** | |
| **Postage and Delivery** | **$0.00** | |
| **Subcontractor Pay** | **$0.00** | |
| **Bank Fees and Interest** | **$20.00** | |
| **Software and Subscriptions** | **$143.79** | |
| **Continuing Education** | **$323.99** | |
| **Other Business Expense 2** | **$0.00** | |
| **Other Business Expense 3** | **$0.00** | |

| | | |
|---|---|---|
| | TOTAL OTHER EXPENSES | **$599.66** |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$937.52** |

---

Official Form 106I  **Schedule I: Your Income**  page **4**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* |
|----------|-----------|----------|-------------|-------------------------|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

23.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)                                **$2,176.89**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

---

8a. Attached Statement

## Income from consulting/mentoring

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   1.   Gross Monthly Income:        **$880.59**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   2.   Ordinary and necessary expense    **$0.00**

   3.   Net Employee Payroll (Other than debtor)    **$0.00**

   4.   Payroll Taxes    **$0.00**

   5.   Unemployment Taxes    **$0.00**

   6.   Worker's Compensation    **$0.00**

   7.   Other Taxes    **$0.00**

   8.   Inventory Purchases (Including raw materials)    **$0.00**

   9.   Purchase of Feed/Fertilizer/Seed/Spray    **$0.00**

  10.  Rent (Other than debtor's principal residence)    **$0.00**

  11.  Utilities    **$0.00**

  12.  Office Expenses and Supplies    **$0.00**

  13.  Repairs and Maintenance    **$0.00**

  14.  Vehicle Expenses    **$0.00**

  15.  Travel and Entertainment    **$0.00**

  16.  Equipment Rental and Leases    **$0.00**

  17.  Legal/Accounting/Other Professional Fees    **$0.00**

  18.  Insurance    **$0.00**

  19.  Employee Benefits (e.g., pension, medical, etc.)    **$0.00**

  20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

      TOTAL PAYMENTS TO SECURED CREDITORS    **$0.00**

  21.  Other Expenses

      TOTAL OTHER EXPENSES    **$0.00**

  22.  TOTAL MONTHLY EXPENSES (Add item 2 - 21)    **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)    **$880.59**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses                                                      **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ❑ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ❑ No
   ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 27 | ❑ No. ☑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ❑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,025.21** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$66.57** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$287.92** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. **$0.00** |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. **$250.00** |
| | 6b.  Water, sewer, garbage collection | 6b. **$90.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. **$291.00** |
| | 6d.  Other. Specify:  **Internet $45.45/Amazon Prime $14.99/Sling TV $60.00** | 6d. **$120.44** |
| 7. | **Food and housekeeping supplies** | 7. **$1,100.00** |
| 8. | **Childcare and children's education costs** | 8. **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$50.00** |
| 10. | **Personal care products and services** | 10. **$120.00** |
| 11. | **Medical and dental expenses** | 11. **$55.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$150.00** |
| 14. | **Charitable contributions and religious donations** | 14. **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. **$0.00** |
| | 15b. Health insurance | 15b. **$0.00** |
| | 15c. Vehicle insurance | 15c. **$68.25** |
| | 15d. Other insurance. Specify:  **Medicare Parts B and C** | 15d. **$404.80** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Tax Payment Plan** | 16. **$300.00** |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. **$0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. **$0.00** |
| | 17c. Other. Specify: _____ | 17c. **$0.00** |
| | 17d. Other. Specify: _____ | 17d. **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a. Mortgages on other property | 20a. **$0.00** |
| | 20b. Real estate taxes | 20b. **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. **$0.00** |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* _____ |
|----------|-----------|----------|-------------|-------------------------------------------|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

---

21. **Other.** Specify: **Storage unit**_____ 　　　　21.　+ _____ **$125.25**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21. 　　　　　　　　　　　　　　22a. _____ **$4,804.44**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 　　22b. _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses. 　　22c. _____ **$4,804.44**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*. 　　23a. _____ **$4,826.75**

    23b. Copy your monthly expenses from line 22c above. 　　23b. − _____ **$4,804.44**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.* 　　　　　　　23c. _____ **$22.31**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known) _____

❑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*..................... | **$265,212.50** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................... | **$16,740.95** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*..................... | **$281,953.45** |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$209,506.16** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................... | **$200.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................... | + **$121,739.82** |
| **Your total liabilities** | **$331,445.98** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*..................... | **$4,826.75** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*..................... | **$4,804.44** |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   **$4,481.14**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$0.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ Wayne Alan Darling                    **X** /s/ Tracy Ellen O'Reilly Darling

Wayne Alan Darling, Debtor 1                    Tracy Ellen O'Reilly Darling, Debtor 2

Date **06/18/2026**                    Date **06/18/2026**
MM/ DD/ YYYY                    MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To   _____ | _____<br>Number   Street | From _____<br>To   _____ |
| _____ | | _____ | |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To   _____ | _____<br>Number   Street | From _____<br>To   _____ |
| _____ | | _____ | |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **1**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❑ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>$20,167.07 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>$4,408.13 |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>$42,527.00 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>$22,039.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>$60,584.00 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>$22,451.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

❑ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits**<br>**Indian Tribal Distribution** | $5,356.80<br>$1,385.00 | **Social Security Benefits**<br>**Interest and Dividends** | $2,574.00<br>$79.80 |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | **Social Security Benefits**<br>**Indian Tribal Distribution** | $12,886.00<br>$3,968.00 | **Social Security Benefits** | $7,370.00 |

Debtor 1    **Wayne**     **Alan**       **Darling**

Debtor 2    **Tracy**     **Ellen**      **O'Reilly Darling**

         First Name      Middle Name      Last Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| **For the calendar year before that:** | **Indian Tribal Distribution** | $5,008.00 | **Social Security Benefits** | $7,088.40 |
| (January 1 to December 31, __2024__ ) | | $12,524.40 | | |
|           YYYY | **Social Security Benefits** | | | |

---

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Frost Bank** <br> Creditor's Name <br> **P.O. Box 1600** <br> Number   Street <br> **San Antonio, TX 78296** <br> City   State   ZIP Code | **04/2026** <br><br> **05/2026** <br><br> **06/2026** | $3,075.63 | $209,506.16 | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Capital One** <br> Creditor's Name <br> **P.O. Box 60519** <br> Number   Street <br> **City of Industry, CA 91716** <br> City   State   ZIP Code | **04/2026** <br><br> **05/2026** <br><br> **06/2026** | $675.00 | $11,242.23 | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Capital One** <br> Creditor's Name <br> **P.O. Box 60519** <br> Number   Street <br> **City of Industry, CA 91716** <br> City   State   ZIP Code | **04/2026** <br><br> **05/2026** <br><br> **06/2026** | $1,025.00 | $1,111.18 | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

| Debtor 1 | Wayne | Alan | Darling | |
|----------|-------|------|---------|--|
| Debtor 2 | Tracy | Ellen | O'Reilly Darling | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|--|--|--|--|--|
| **Capital One** <br> Creditor's Name <br> **P.O. Box 60519** <br> Number   Street <br> **City of Industry, CA 91716** <br> City   State   ZIP Code | **04/2026** <br> **05/2026** <br> **06/2026** | **$600.00** | **$10,408.61** | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Chase Bank** <br> Creditor's Name <br> **P.O Box 15123** <br> Number   Street <br> **Wilmington, DE 19850** <br> City   State   ZIP Code | **04/2026** <br> **05/2026** <br> **06/2026** | **$1,525.00** | **$2,714.73** | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Discover Card Credit Cards** <br> Creditor's Name <br> **PO Box 71242** <br> Number   Street <br> **Charlotte, NC 28272** <br> City   State   ZIP Code | **04/2026** <br> **05/2026** <br> **06/2026** | **$1,063.35** | **$26,088.38** | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Internal Revenue Service** <br> Creditor's Name <br> **P.O. Box 7346** <br> Number   Street <br> **Philadelphia, PA 19101** <br> City   State   ZIP Code | **04/2026** <br> **05/2026** <br> **06/2026** | **$2,100.00** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|--|--|--|--|--|
| _____ <br> Insider's Name <br> _____ <br> Number   Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ | _____ | _____ | |

Official Form 107 | **Statement of Financial Affairs for Individuals Filing for Bankruptcy** | page **4**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

❑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | | | | |
| _____<br>Number     Street | | | | |
| _____ | | | | |
| _____<br>City          State     ZIP Code | | | | |

---

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

❑ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Angela Harris v. Tracy Darling; Alexander Kohlrautz; Does 1 Through 10; Roe Corporations 11-20**<br><br>Case number **A-25-927577-C** | **Civil Case** | **Eighth Judicial District Court**<br>**Clark County Nevada**<br>Court Name<br>**200 Lewis Avenue**<br>Number     Street<br>**Las Vegas, NV 89101**<br>City          State     ZIP Code | ☑ Pending<br>❑ On appeal<br>❑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

❑ Yes. Fill in the information below.

Debtor 1   **Wayne         Alan          Darling**
Debtor 2   **Tracy         Ellen         O'Reilly Darling**                    Case number *(if known)* _____

    First Name      Middle Name      Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

**Explain what happened**

_____
Number      Street

❏ Property was repossessed.

❏ Property was foreclosed.

_____

❏ Property was garnished.

_____

❏ Property was attached, seized, or levied.

City            State      ZIP Code

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | _____ | _____ |

_____
Number      Street

_____
City            State      ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **6**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City             State    ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City             State    ZIP Code | | | |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Norred Law, PLLC** | **Attorney's Fee** | | |
| Person Who Was Paid | | | |
| **515 E. Border** | | 06/10/2026 | $3,200.00 |
| Number     Street | | | |
| | | | |
| **Arlington, TX 76010** | | | |
| City          State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | _____ |
| Number     Street | | _____ | _____ |
| | | | |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❏ No

☑ Yes. Fill in the details.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Arthur Darling** <br> Person Who Received Transfer <br><br> **1207 Glen Creek Dr.** <br> Number     Street <br><br> **Mansfield, TX 76063** <br> City                State     ZIP Code <br><br> Person's relationship to you <br> **Son** | **Approximate $10,342 transferred to Debtor's son over a two year period** | **Rolling bank transfers to debtors' adult co-habitating son. The cumulative total represents a blended arrangement consisting of gift, modest caregiving allowance, reimbursements for household expenses.** | **2024-2026** |
| **Alexander Kohlrautz** <br> Person Who Received Transfer <br><br><br> Number     Street <br><br><br> City                State     ZIP Code <br><br> Person's relationship to you <br> **Son** | **Approximately $45,000 from proceeds from Frost Bank HELOC (See Sch. D #2.1)** | **Financial assistance transferred on behalf of adult son to fund legal fees and costs associated with his personal child support domestic relations case.** | **November 2024** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

❏ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust **Wayne And Tracy Darling Revocable Trust** | **Single family home located at 1207 Glen Creek Dr. Mansfield, Texas 76063. ($254212.50 value)** | **04/10/2018** |

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❏ No

☑ Yes. Fill in the details.

Debtor 1  **Wayne**          **Alan**           **Darling**
Debtor 2  **Tracy**          **Ellen**          **O'Reilly Darling**
          _____   Case number *(if known)* _____
          First Name         Middle Name        Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Texas Trust Credit Union** <br> Name of Financial Institution <br><br> **317 S Main St** <br> Number    Street <br><br><br> **Mansfield, TX 76063** <br> City        State    ZIP Code | XXXX– **8  2  3  3** | ☐ Checking <br> ☑ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **07/2025** | **$0.00** |
| **Texas Trust Credit Union** <br> Name of Financial Institution <br><br> **317 S Main St** <br> Number    Street <br><br><br> **Mansfield, TX 76063** <br> City        State    ZIP Code | XXXX– **8  2  3  3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **07/2025** | **$0.00** |
| **Charles Schwab** <br> Name of Financial Institution <br><br> **3000 Schwab Way** <br> Number    Street <br><br><br> **Westlake, TX 76262** <br> City        State    ZIP Code | XXXX– **0  6  6  0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **11/2025** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| <br> Name of Financial Institution <br><br> Number    Street <br><br><br> City        State    ZIP Code | <br> Name <br><br> Number    Street <br><br> City        State    ZIP Code | | ☐ No <br> ☐ Yes |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❏ No

☑ Yes. Fill in the details.

| | **Who else has or had access to it?** | **Describe the contents** | **Do you still have it?** |
|---|---|---|---|
| **Knapp Sisters Self Storage**<br>**Name of Storage Facility**<br><br>**100 Newt Patterson Road**<br>**Number    Street**<br><br><br>**Mansfield, TX 76063**<br>**City              State     ZIP Code** | **Arthur Darling**<br>**Name**<br><br>**1207 Glen Creek Dr**<br>**Number    Street**<br><br>**Mansfield, TX 76063**<br>**City              State     ZIP Code** | **Old books, family documents, bed linens, kitchen utensils, pots and pans, family photographs and memorabilia, small end tables, clothing, and Irish fairy cards** | ❏ No<br>☑ Yes |

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

| | **Where is the property?** | **Describe the property** | **Value** |
|---|---|---|---|
| **Owner's Name**<br><br>**Number    Street**<br><br><br>**City              State     ZIP Code** | **Number    Street**<br><br><br>**City              State     ZIP Code** | | |

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **11**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number     Street | _____<br>Number     Street | | |
| _____<br>City          State     ZIP Code | _____<br>City          State     ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number     Street | _____<br>Number     Street | | |
| _____<br>City          State     ZIP Code | _____<br>City          State     ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | _____<br>Court Name | | ❑ Pending<br>❑ On appeal<br>❑ Concluded |
| _____ | _____<br>Number     Street | | |
| _____<br>Case number | _____<br>City          State     ZIP Code | | |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❏ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❏ A partner in a partnership

❏ An officer, director, or managing executive of a corporation

❏ An owner of at least 5% of the voting or equity securities of a corporation

❏ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Quartz Eagle Enterprises LLC** <br> Name | **Remote copywriting, SEO, editing, and proofreading services, consulting, mentoring, in earlier years also aura photos and retail at expos.** | EIN: **2 7 – 3 7 7 5 7 3 0** |
| | Name of accountant or bookkeeper | Dates business existed |
| **1207 Glen Creek Drive** <br> Number   Street | **Greg T. Murray, PLLC** | From **10/15/2010** To _____ |
| **Mansfield, TX 76063** <br> City       State     ZIP Code | | |

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Fred Feuco Corporation (Never Operated)** <br> Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| **1207 Glen Creek Dr** <br> Number   Street | **Greg T. Murray, PLLC** | From **12/23/2023** To _____ |
| **Mansfield, TX 76063** <br> City       State     ZIP Code | | |

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Artali LLC (Defunct)** <br> Name | **Consulting services** | EIN: **8 8 – 4 3 7 6 4 5 1** |
| | Name of accountant or bookkeeper | Dates business existed |
| **1207 Glen Creek Dr** <br> Number   Street | | From **11/04/2022** To _____ |
| **Mansfield, TX 76063** <br> City       State     ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

❏ No

☑ Yes. Fill in the details below.

Debtor 1   **Wayne        Alan          Darling**
Debtor 2   **Tracy        Ellen         O'Reilly Darling**

Case number *(if known)* _____

First Name      Middle Name      Last Name

**Date issued**

**Frost Bank**_____      **11/01/2024**_____
Name                                MM / DD / YYYY

**1000 N Walnut Creek Dr**_____
Number     Street

_____

**Mansfield, TX 76063**_____
City            State     ZIP Code

---

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** **/s/ Wayne Alan Darling**_____          **X** **/s/ Tracy Ellen O'Reilly Darling**_____

Signature of Wayne Alan Darling, Debtor 1                    Signature of Tracy Ellen O'Reilly Darling, Debtor 2

Date **06/18/2026**_____                         Date **06/18/2026**_____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____                    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **14**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Tracy** | **Ellen** | **O'Reilly Darling** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Frost Bank**<br><br>Description of property securing debt: **Home**<br>**1207 Glen Creek Drive Mansfield, TX 76063** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Knapp Sisters Self Storage | ☐ No |
| | ☑ Yes |
| Description of leased property: Contract to be ASSUMED. Debtor's to pay according to the original contract. | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Wayne Alan Darling**_____     X **/s/ Tracy Ellen O'Reilly Darling**_____
Signature of Debtor 1                              Signature of Debtor 2

Date **06/18/2026**_____                       Date **06/18/2026**_____
MM/ DD/ YYYY                                        MM/ DD/ YYYY

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    Darling, Wayne Alan

　　　　O'Reilly Darling, Tracy Ellen                         Case No. _____

**Debtor**                                                   Chapter _____**7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　　　For legal services, I have agreed to accept ................................................................    **$3,200.00**

　　　　Prior to the filing of this statement I have received ....................................................    **$3,200.00**

　　　　Balance Due ...........................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

　　　　☑ Debtor　　　　　☐ Other (specify)

3.    The source of compensation to be paid to me is:

　　　　☑ Debtor　　　　　☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　　　☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

　　　a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

　　　b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

　　　c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in an adversary proceeding and any post-petition disputes or activities that arise from the filing of the case. The attorney-client service and fee agreement entered into by the parties is incorporated here by reference. To the extent this disclosure conflicts with the service and fee agreement, the service and fee agreement will control.

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/18/2026** | **/s/ Clayton L. Everett** |
|---|---|
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

**Norred Law, PLLC**

*Name of law firm*

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income          **12/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

  ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

  ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $4,148.68 | $880.59 |
| Ordinary and necessary operating expenses | - $995.60 | - $0.00 |
| Net monthly income from a business, profession, or farm | $3,153.08 | $880.59 |

Copy here →

| Column A | Column B |
|---|---|
| $3,153.08 | $880.59 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 |
| Net monthly income from rental or other real property | $0.00 | $0.00 |

Copy here →

| Column A | Column B |
|---|---|
| $0.00 | $0.00 |

| | | Column A | Column B |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $13.30 |

| | | |
|---|---|---|
| Official Form 122A-1 | **Chapter 7 Statement of Your Current Monthly Income** | page **1** |

| Debtor 1 | Wayne | Alan | Darling |
|---|---|---|---|
| Debtor 2 | Tracy | Ellen | O'Reilly Darling |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................. ↓

| For you..................................................................... | $892.80 |
|---|---|
| For your spouse........................................................ | $429.00 |

|  | Column A | Column B |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| **Native American Tribal Revenue** | $434.17 | $0.00 |
|---|---|---|
| | | |

| Total amounts from separate pages, if any. | + _____ | + _____ |
|---|---|---|

| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $3,587.25 | + $893.89 | = $4,481.14 |
|---|---|---|---|

**Total current
monthly income**

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11......................................................................  **Copy line 11 here →**   $4,481.14

Multiply by 12 (the number of months in a year).   **x** 12

12b.  The result is your annual income for this part of the form.   12b.   $53,773.68

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   Texas

Fill in the number of people in your household.   3

Fill in the median family income for your state and size of household.................................................................   13.   $99,273.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
    Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
    Go to Part 3 and fill out Form 122A–2.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | | Case number *(if known)* |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | | |
| | First Name | Middle Name | Last Name | | |

## Part 3:  Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Wayne Alan Darling**

Signature of Debtor 1

Date **06/18/2026**

MM/ DD/ YYYY

**X** **/s/ Tracy Ellen O'Reilly Darling**

Signature of Debtor 2

Date **06/18/2026**

MM/ DD/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1 **Chapter 7 Statement of Your Current Monthly Income** page **3**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Darling, Wayne Alan**
        **O'Reilly Darling, Tracy Ellen**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**06/18/2026**___     Signature _____**/s/ Wayne Alan Darling**_____

Wayne Alan Darling, Debtor

Date ___**06/18/2026**___     Signature _____**/s/ Tracy Ellen O'Reilly Darling**_____

Tracy Ellen O'Reilly Darling, Joint Debtor

Amex
PO Box 650448
Dallas, TX 75265

Angela Harris
11824 Luna Del Mar Ln
Las Vegas, NV 89138

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

Beckstrom & Beckstrom, LLP
400 S 4th St Ste. 650
Las Vegas, NV 89101

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

Capital One
P.O. Box 60519
City Of Industry, CA 91716

Chase Bank
P.O Box 15123
Wilmington, DE 19850

Citi Card Consumer Credit
Cards
PO Box 6500
Sioux Falls, SD 57117

Wayne Alan Darling
1207 Glen Creek Drive
Mansfield, TX 76063

Discover Card Credit Cards
PO Box 71242
Charlotte, NC 28272

Eighth Judicial District Court
Clark County, Nevada
200 Lewis Ave
Las Vegas, NV 89101

Frost Bank
P.O. Box 34746
San Antonio, TX 78265

Goldman Sachs Bank USA
PO Box 70379
Philadelphia, PA 19176

Goldman Sachs USA
PO Box 7247
Philadelphia, PA 84101

GS Bank USA
Lockbox 6112 P.O. Box 7247
Philadelphia, PA 19170

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

Knapp Sisters Self Storage
100 Newt Patterson Rd
Mansfield, TX 76063

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102

Linebarger Goggan Blair &
Sampson
3500 Maple Avenue Suite 800
Dallas, TX 75219

Tracy Ellen O'Reilly Darling
1207 Glen Creek Drive
Mansfield, TX 76063

Perdue Brandon Fielder
Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010

Rick Barnes Tarrant County
Tax Assessor
100 E Weatherford
Fort Worth, TX 76196

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Synchrony Bank/Lowes
PO Box 965064
Orlando, FL 32896

Tax Division-US Dept. of
Justice
1700 Pacific Ave. Suite 3700
Dallas, TX 75201

Texas Alcoholic Beverage
Commission-Taxing Authority
5806 Mesa Dr.
Austin, TX 78731

Texas Attorney General's
Office
Bankruptcy-Collections Div.
PO Box 12548
Austin, TX 78711

Texas Trust Credit Union
Attn: Bankruptcy Department
P.O.Box 2260
Mansfield, TX 76063

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242

Wells Fargo
PO Box 51193
Los Angeles, CA 90051