Certificate Number: 17572-TXN-DE-041128772

Bankruptcy Case Number: 26-42672



17572-TXN-DE-041128772

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2026, at 5:42 o'clock PM PDT, Tracy E O'Reilly Darling completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   June 23, 2026                    By:      /s/Judy Alexander

                                          Name:   Judy Alexander

                                          Title:   Counselor