United States Bankruptcy Court

Northern District of Texas

In re:

Wayne Alan Darling

Tracy Ellen O'Reilly Darling

    Debtors

Case No. 26-42672-elm

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2026 | Form ID: 309A | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne Alan Darling, Tracy Ellen O'Reilly Darling, 1207 Glen Creek Drive, Mansfield, TX 76063-6206 |
| 23397749 | + | Angela Harris, 11824 Luna Del Mar Ln, Las Vegas, NV 89138-4529 |
| 23397751 | + | Beckstrom & Beckstrom, LLP, 400 S 4th St Ste. 650, Las Vegas, NV 89101-6207 |
| 23397752 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23397757 | + | Eighth Judicial District Court Clark County, Nevad, 200 Lewis Ave, Las Vegas, NV 89101-6300 |
| 23397758 | + | Frost Bank, P.O. Box 34746, San Antonio, TX 78265-4746 |
| 23397764 | + | Knapp Sisters Self Storage, 100 Newt Patterson Rd, Mansfield, TX 76063-1634 |
| 23397768 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23397771 | + | Tax Division-US Dept. of Justice, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23397772 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Jun 22 2026 23:43:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: QMDGARNER.COM | Jun 23 2026 03:41:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| 23397748 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:46:53 | Amex, PO Box 650448, Dallas, TX 75265-0448 |
| 23397750 | ^ | MEBN | Jun 22 2026 23:38:45 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23397753 | + | EDI: CAPITALONE.COM | Jun 23 2026 03:41:00 | Capital One, P.O. Box 60519, City Of Industry, CA 91716-0519 |
| 23397754 | + | EDI: JPMORGANCHASE | Jun 23 2026 03:41:00 | Chase Bank, P.O Box 15123, Wilmington, DE 19850-5123 |
| 23397755 | + | EDI: CITICORP | Jun 23 2026 03:41:00 | Citi Card Consumer Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23397756 | + | EDI: DISCOVER | Jun 23 2026 03:41:00 | Discover Card Credit Cards, PO Box 71242, Charlotte, NC 28272-1242 |
| 23397761 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 22 2026 23:43:00 | GS Bank USA, Lockbox 6112 P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 23397759 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 22 2026 23:43:00 | Goldman Sachs Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 23397760 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 22 2026 23:43:00 | Goldman Sachs USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 23397763 | + | EDI: IRS.COM | | |

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2026 | Form ID: 309A | Total Noticed: 32

| | | | | |
|---|---|---|---|---|
| | | | Jun 23 2026 03:41:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23397765 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 22 2026 23:43:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23397766 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 22 2026 23:43:00 | Linebarger Goggan Blair & Sampson, 3500 Maple Avenue Suite 800, Dallas, TX 75219-3959 |
| 23397767 | + | Email/Text: emccain@pbfcm.com | Jun 22 2026 23:43:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23397770 | + | EDI: SYNC | Jun 23 2026 03:41:00 | Synchrony Bank/Lowes, PO Box 965064, Orlando, FL 32896-5064 |
| 23397769 | | Email/Text: pacer@cpa.state.tx.us | Jun 22 2026 23:43:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23397773 | + | Email/Text: bcd@oag.texas.gov | Jun 22 2026 23:43:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23397774 | + | Email/Text: txtcoll@texastrustcu.org | Jun 22 2026 23:43:00 | Texas Trust Credit Union, Attn: Bankruptcy Department, P.O.Box 2260, Mansfield, TX 76063-0047 |
| 23397775 | + | Email/Text: collections.pacer@twc.texas.gov | Jun 22 2026 23:43:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23397777 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 22 2026 23:43:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23397779 | + | EDI: WFCCSBK | Jun 23 2026 03:41:00 | Wells Fargo, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23397762 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 23397776 | *+ | Tracy Ellen O'Reilly Darling, 1207 Glen Creek Drive, Mansfield, TX 76063-6206 |
| 23397778 | *+ | Wayne Alan Darling, 1207 Glen Creek Drive, Mansfield, TX 76063-6206 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026          Signature:          /s/Gustava Winters

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | **Wayne Alan Darling** <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–5591 <br> EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | **Tracy Ellen O'Reilly Darling** <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–1068 <br> EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Northern District of Texas | | Date case filed for chapter:     7    6/18/26 |
| Case number:   26–42672–elm7 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   **10/20**

10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Wayne Alan Darling | Tracy Ellen O'Reilly Darling |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1207 Glen Creek Drive <br> Mansfield, TX 76063 | 1207 Glen Creek Drive <br> Mansfield, TX 76063 |
| 4. | **Debtor's attorney** <br> Name and address | Clayton Everett <br> 515 E. Border St. <br> Ste 163 <br> 76010 <br> Arlington, TX 76010 | Contact phone 817–704–3984 <br><br> Email:  clayton@norredlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Marilyn Garner <br> Law Offices of Marilyn D. Garner <br> 2001 E. Lamar Blvd., Suite 200 <br> Arlington, TX 76006 | Contact phone (817) 505–1499 |

**For more information, see page 2 >**

Debtor **Wayne Alan Darling** and **Tracy Ellen O'Reilly Darling**                                   Case number **26–42672–elm7**

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30 |
|----|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 817–333–6000<br><br>Date: 6/18/26 |

| 7. Meeting of creditors | **July 22, 2026 at 10:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 464 039 8681, and Passcode 0030076670, OR call 1–682–204–2647**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|----|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/21/26** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|