Marc J. Randazza, NDTX Bar No. 651477MA
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

*Counsel for Creditor Angela Harris*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>WAYNE ALAN DARLING, and TRACY ELLEN O'REILLY DARLING,<br><br>Debtors. | Chapter 7<br><br>Case No. 26-42672-ELM7<br><br>**CREDITOR ANGELA HARRIS' MOTION FOR RELIEF FROM STAY** |

Creditor Angela Harris moves this Court for relief from the automatic stay imposed by 11 U.S.C. § 362(d)(1) and Federal Rule of Bankruptcy Procedure 4001(a) to permit Ms. Harris and the Eighth Judicial District Court, Clark County, Nevada to enforce the Preliminary Injunction entered against Debtor Tracy Darling on October 31, 2025, and the Order modifying that Injunction entered on May 20, 2026. The Injunction and modification order were both entered by the Nevada court prior to the commencement of this bankruptcy case.

This Motion is made pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), the attached memorandum of points and authorities, the papers and pleadings on file in this action, and any oral argument permitted by this Court.

Dated: July 13, 2026.

/s/ Marc J. Randazza
Marc J. Randazza, NDTX Bar No. 651477MA
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

*Counsel for Creditor Angela Harris*

- 2 -

Creditor Angela Harris' Motion for Relief from Stay

Case No. 26-42672-ELM7

## **CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(b)**

I HEREBY CERTIFY that on June 30, 2026, I conferred via telephone with Clayton Everett, counsel for Debtor Tracy Darling, regarding the merits of the foregoing motion. Counsel stated that Tracy Darling was willing not to disclose the contents of her recordings to third parties in compliance with the injunction but was unwilling to transfer the recordings to her Nevada counsel due to her concerns about how much it would cost.

Respectfully Submitted,

*/s/ Ronald D. Green*
Ronald D. Green

Case No. 26-42672-ELM7

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza

Creditor Angela Harris' Motion for Relief from Stay