Marc J. Randazza, NDTX Bar No. 651477MA
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

*Counsel for Creditor Angela Harris*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>WAYNE ALAN DARLING, and TRACY ELLEN O'REILLY DARLING,<br><br>Debtors. | Chapter 7<br><br>Case No. 26-42672-ELM7<br><br>**[PROPOSED] ORDER GRANTING CREDITOR ANGELA HARRIS' MOTION FOR RELIEF FROM STAY** |

Before the Court is Creditor Angela Harris' Motion for Relief from Stay (the "Motion"). Having considered the parties' papers, the arguments of counsel, and the record in this action, and good cause appearing, the Court ORDERS as follows:

**IT IS ORDERED** that, based upon the representations made in Creditor Angela Harris' Motion for Relief from Stay, that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that relief from the automatic stay imposed by 11 U.S.C. § 362(d)(1) and Federal Rule of Bankruptcy Procedure 4001(a) is granted to allow Ms. Harris and the Eighth Judicial District Court, Clark County, Nevada to enforce the Preliminary Injunction entered against Debtor Tracy Darling on October 31, 2025, and the Order modifying the Injunction entered on May 20, 2026. The injunction and the modification order were both entered by the Nevada court prior to the commencement of this bankruptcy case, and the Court finds that  lifting

- 1 -

- 2 -

the stay as to this discrete, non-monetary obligation will have no effect on the orderly administration of the bankruptcy estate or to the recovery of any creditor.

**IT IS FURTHER ORDERED** that, should Ms. Darling not with to complete the transfer of the recordings herself, either Ms. Darling or a disinterested third party shall be permitted to purchase the non-exempt assets listed in her Chapter 7 Petition for 110% of their listed value.

**IT IS FURTHER ORDRED** that, if Ms. Darling's Nevada counsel's motion to withdraw from representation of Ms. Darling is granted, the recordings may be transferred to Ms. Harris' counsel or to Ms. Darling's bankruptcy counsel.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward L. Morris
UNITED STATES BANKRUPTCY JUDGE