Marc J. Randazza, NDTX Bar No. 651477MA
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

*Counsel for Creditor Angela Harris*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>WAYNE ALAN DARLING, and TRACY ELLEN O'REILLY DARLING,<br><br>Debtors. | Chapter 7<br><br>Case No. 26-42672-ELM7<br><br>**NOTICE OF HEARING** |

PLEASE TAKE NOTICE that a preliminary hearing on *Creditor Angela Harris's Motion for Relief from Stay* [Docket No. 10] (the "Motion") has been set for hearing on **August 4, 2026**, at **9:30 a.m.**, before the Honorable Judge Edward L. Morris via WebEx at the following link:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/morris
Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Access Code: 2309 445 3213

Dated: July 13, 2026.                    /s/ Marc J. Randazza
                                        Marc J. Randazza, NDTX Bar No. 651477MA
                                        RANDAZZA LEGAL GROUP, PLLC
                                        8991 W. Flamingo Rd., Ste. B
                                        Las Vegas, NV 89147
                                        Telephone: 702-420-2001
                                        ecf@randazza.com

                                        *Counsel for Creditor Angela Harris*

Case No. 26-42672-ELM7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 13, 2026, a copy of the foregoing was filed electronically.
Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing
system or by mail to anyone unable to accept electronic filing as indicated on the Notice of
Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza

- 2 -
Notice of Hearing