Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number   **26-42672-7**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **Home**
   Street address, if available, or other description

   **1207 Glen Creek Drive**

   **Mansfield, TX 76063**
   City        State        ZIP Code

   **Tarrant**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   **Source of Value:** **Value is average between Tarrant County Appraisal District and Zillow**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$254,212.50** | **$254,212.50** |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Fee Simple**

   ☐ **Check if this is community property** (see instructions)

   If you own or have more than one, list here:

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

---

**1.2**  **Unimproved Land located in Ireland**

Street address, if available, or other description

**1 Acre in Ballynapark, Wicklow County, Ireland**

City          State          ZIP Code

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Land was gifted to Debtor's sons in 2006; however, the transfer was never formally registered or recorded.

**Source of Value:**
Debtors opinion: €250,000, which is approximately $288,451 USD based on the current exchange rate.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$250,000.00** | **$250,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................................   ➞   **$504,212.50**

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1**

| Make: | **Ford** |
|---|---|
| Model: | **Fusion** |
| Year: | **2010** |
| Approximate mileage: | **191,444** |

Other information:

**Source of Value: NADA
Valuation by NADA
VIN: 3FAHP0JA8AR193592**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$5,310.00** | **$5,310.00** |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

---

4.1    Make:          _____

Model:          _____

Year:          _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

_____          _____

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................... ➔    | **$5,310.00** |

| **Part 3:** | Describe Your Personal and Household Items |

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6.   **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe. .........

**sofas, coffee tables, tv stand, lamps, armchairs, bookcases, ottomans, dining tables, chairs, refrigerator, stove/cooking unit, small kitchen appliances, kitchenware, houseware, linens, dressers, end tables, nightstands, wardrobes/armoires, king size bed, washer/dryer, ironing board/iron, laundry baskets/hampers, portable a/c heater, fans, vacuum cleaners, home decor, utility shelves, grills, lawn tools, household tools, household decor, desk, desk chair, filing cabinets, office supplies, bookshelves, ladder, area rugs, mirrors, small tables, glass display case, vases, food weighing scales, weighing scale, gasoline canisters, dog bed, 2 sheep skin rugs, office table top paper organizer, dog food/water bowls, folding stool, folding card table, tv dining tables, arts and crafts supplies, globe**

$2,500.00

7.   **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☑ Yes. Describe. .........

**E-readers, iPads, tablets, televisions, streaming devices, Nintendo consoles, webcams, digital cameras, lenses and tripods, headphones, iPhones, projector, speakers, printers/scanners, computers**

$1,770.00

8.   **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☐ No
- ☑ Yes. Describe. .........

**Books, prints, knick-knacks, australian aboriginal wind pipe instrument, sculptures, small crystals & minerals, antique art objects, foreign currency, antique clocks, drawings, coin collection, Irish fairy cards & book sets, model trains, cars, and planes**

$815.00

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

---

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........   **Everyday clothing, shoes, accessories**          **$528.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........   **Everyday jewelry, costume jewelry, engagement ring, wedding rings, brooch, pendants, cuff links**          **$2,060.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........   **Dog, sentimental value only**          **$1.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. .............   **Shower chair, foot bath, wheelchair**          **$50.00**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................................   →   **$7,724.00**

---

| Part 4: | Describe Your Financial Assets |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ........................................................................................................................ Cash: ..................          **$85.00**

---

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**                  Case number *(if known)* **26-42672-7**

---

17. **Deposits of money**

    *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................          Institution name:

| | | |
|---|---|---:|
| 17.1. Checking account: | **Frost Bank** <br> **Account Number: 8059** | **$1,383.21** |
| 17.2. Checking account: | **Frost Bank (Business Account)** <br> **Account Number: 9182** | **$476.77** |
| 17.3. Checking account: | **Texas Trust Credit Union** <br> **Account Number: 3713** | **$458.67** |
| 17.4. Checking account: | **Texas Trust Credit Union (Business account)** <br> **Account Number: 6308** | **$11.29** |
| 17.5. Savings account: | **Texas Trust Credit Union** <br> **Account Number: 3713** | **$5.00** |
| 17.6. Savings account: | **Texas Trust Credit Union (Business account)** <br> **Account Number: 6308** | **$5.00** |
| 17.7. Other financial account: | **Coin Base** <br> **Account Number: 4891** | **$0.01** |
| 17.8. Other financial account: | **Etrade** <br> **Account Number: 6045** | **$0.00** |
| 17.9. Other financial account: | **Etrade** <br> **Account Number: 8385** | **$0.00** |
| 17.10. Other financial account: | **Tradestation** <br> **Account Number: 0353** | **$100.00** |
| 17.11. Other financial account: | **Cash App Account** | **$101.00** |
| 17.12. Other financial account: | **Cryptocurrency portfolio held on Coinbase:** <br> **0.00141106 BTC, 0.01117364 ETH, 47.049108 USDT, and 14.575 XRP** | **$178.00** |
| 17.13. Other financial account: | **Paypal Account 1** | **$0.00** |
| 17.14. Other financial account: | **Paypal Account 2** | **$0.00** |
| 17.15. Other financial account: | **Venmo Account** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .....................     Institution or issuer name:

---

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ❑ No

    ☑ Yes. Give specific information about them....................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **Artali LLC (Defunct)** | **100.00%** | **$0.00** |
    | **Fred Feuco Corporation (Never Operated)** | **100.00%** | **$0.00** |
    | **Quartz Eagle Enterprises LLC** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ❑ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ❑ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | | |
    | Pension plan: | | |
    | IRA: | | |
    | Retirement account: | | |
    | Keogh: | | |
    | Additional account: | | |
    | Additional account: | | |

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

---

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No

   ☐ Yes ..................... Institution name or individual:

   Electric: _____  _____

   Gas: _____  _____

   Heating oil: _____  _____

   Security deposit on rental unit: _____  _____

   Prepaid rent: _____  _____

   Telephone: _____  _____

   Water: _____  _____

   Rented furniture: _____  _____

   Other: _____  _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ..................... Issuer name and description:

   _____  _____

   _____  _____

   _____  _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No

   ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   _____  _____

   _____  _____

   _____  _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☐ No

   ☑ Yes. Give specific information about them. ...

   | **Wayne And Tracy Darling Revocable Trust (Holds property listed on A/B 1.1)** | **$0.00** |

Debtor  **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**                    Case number *(if known)* **26-42672-7**

---

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ❏  No

    ☑  Yes. Give specific
       information about them. ...      **See Attached.**                                     **$3.00**

27.  **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑  No

    ❏  Yes. Give specific
       information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**

    ☑  No

    ❏  Yes. Give specific information about
       them, including whether you
       already filed the returns and
       the tax years. ...................

    Federal:

    State:

    Local:

29.  **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
             settlement

    ☑  No

    ❏  Yes. Give specific information. ........

    Alimony:

    Maintenance:

    Support:

    Divorce settlement:

    Property settlement:

30.  **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
             Social Security benefits; unpaid loans you made to someone else

    ☑  No

    ❏  Yes. Give specific information. ........

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

---

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company
    of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **Healthspring Health Insurance** | | **$0.00** |
    | **Progressive Auto Insurance** | | **$0.00** |
    | **SafeCo Home Insurance** | | **$0.00** |
    | **United Healthcare** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☑ Yes. Describe each claim. ..............

    > **Beneficial interest in nonproducing mineral rights arising from a divorce decree and judgment entered approximately 30 years ago (Case No. 97CI-13658); interest currently held by receiver.**
    >
    > **Potential claim related to GSB cryptocurrency investment. Debtor's invested approximately $2,000 in 2023 and may have a contingent right to recovery through a pending settlement process (Claim No. GSB-4638). Value unknown, believed to be nominal.**

    **$100.00**

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................................... ➜   **$2,906.95**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.

    ☑ Yes. Go to line 38.

---

Official Form 106A/B                **Schedule A/B: Property**                page **9**

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**      Case number *(if known)* **26-42672-7**

|  |  |
|---|---|
|  | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe. .........   **Rock & crystal grinding machine**                               **$800.00**

41.  **Inventory**

☑ No

☐ Yes. Describe. .........

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                          % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**                          Case number *(if known)* **26-42672-7**

---

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ...................................................................................................... ➔ | **$800.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ......................... |                | _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............ |                | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... |                | _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... |                | _____

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................➜   $0.00

### Part 7:     Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:*   Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................➜   $0.00

### Part 8:     List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .........................................................................................................➜   $504,212.50

56. **Part 2: Total vehicles, line 5**          $5,310.00

57. **Part 3: Total personal and household items, line 15**          $7,724.00

58. **Part 4: Total financial assets, line 36**          $2,906.95

59. **Part 5: Total business-related property, line 45**          $800.00

60. **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61. **Part 7: Total other property not listed, line 54**     **+**     $0.00

62. **Total personal property.** Add lines 56 through 61. ...............          $16,740.95     Copy personal property total ➜   **+**   $16,740.95

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................................   $520,953.45

Debtor **Darling, Wayne Alan; O'Reilly Darling, Tracy Ellen**          Case number *(if known)* **26-42672-7**

|  | Continuation Page |
|---|---|

| 26. | Patents, copyrights, trademarks, trade secrets, and other intellectual property | |
|---|---|---|
| | Copyrights to the following works: 5th Dimensional Healing, Raven of Blackthorn Manor, To Kiss a Leprechaun by Wayne Darling (writing as himself and as Gemma Juliana) | $3.00 |
| | thestellaralchemist.com | $0.00 |
| | tracyellenaffiliate.com | $0.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number      **26-42672-7**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                                **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................... | **$504,212.50** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................... | **$16,740.95** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................. | **$520,953.45** |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$209,506.16** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$200.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$121,739.82** |
| **Your total liabilities** | **$331,445.98** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | **$4,826.75** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*......................................................... | **$4,804.44** |

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** | | |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* | **26-42672-7** |
| | First Name | Middle Name | Last Name | | |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

**$4,481.14**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+ $0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$0.00** |

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known) **26-42672-7**

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____

Wayne Alan Darling, Debtor 1                    Tracy Ellen O'Reilly Darling, Debtor 2

Date **08/13/2026**                                Date **08/13/2026**
MM/ DD/ YYYY                                      MM/ DD/ YYYY

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules