**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number     **26-42672-7**
(if known)

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy      **04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To _____ | ☐ Same as Debtor 1<br>_____<br>Number   Street | From _____<br>To _____ |
| _____<br>City        State  ZIP Code | | _____<br>City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To _____ | _____<br>Number   Street | From _____<br>To _____ |
| _____<br>City        State  ZIP Code | | _____<br>City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **26-42672-7**

## Part 2:  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | $20,167.07 | ☑ Operating a business | $4,408.13 |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | $42,527.00 | ☑ Operating a business | $22,039.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | $60,584.00 | ☑ Operating a business | $22,451.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $5,356.80 | **Social Security Benefits** | $2,574.00 |
| | **Indian Tribal Distribution** | $1,385.00 | **Interest and Dividends** | $79.80 |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | **Social Security Benefits** | $12,886.00 | **Social Security Benefits** | $7,370.00 |
| | **Indian Tribal Distribution** | $3,968.00 | | |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | |

**For the calendar year before that:**

(January 1 to December 31, **2024**   )
　　　　　　　　　　　　　YYYY

| | |
|---|---|
| **Indian Tribal Distribution** | $5,008.00 |
| **Social Security Benefits** | $12,524.40 |
| **HELOC disbursements** | $215,000.00 |

| | |
|---|---|
| **Social Security Benefits** | $7,088.40 |

---

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No.　**Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

　　　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

　　　　❏ No. Go to line 7.

　　　　❏ Yes.　List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

　　　　* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.　**Debtor 1 or Debtor 2 or both have primarily consumer debts.**

　　　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

　　　　❏ No. Go to line 7.

　　　　☑ Yes.　List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Frost Bank** <br> Creditor's Name | **04/2026** | $3,075.63 | $209,506.16 | ☑ Mortgage <br> ❏ Car |
| **P.O. Box 1600** <br> Number      Street | **05/2026** | | | ❏ Credit card <br> ❏ Loan repayment |
| **San Antonio, TX 78296** <br> City          State    ZIP Code | **06/2026** | | | ❏ Suppliers or vendors <br> ❏ Other ⎯⎯⎯⎯ |
| **Capital One** <br> Creditor's Name | **04/2026** | $675.00 | $11,242.23 | ❏ Mortgage <br> ❏ Car |
| **P.O. Box 60519** <br> Number      Street | **05/2026** | | | ☑ Credit card <br> ❏ Loan repayment |
| **City of Industry, CA 91716** <br> City          State    ZIP Code | **06/2026** | | | ❏ Suppliers or vendors <br> ❏ Other ⎯⎯⎯⎯ |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Capital One**<br>Creditor's Name<br>**P.O. Box 60519**<br>Number     Street<br>**City of Industry, CA 91716**<br>City          State     ZIP Code | **04/2026**<br><br>**05/2026**<br><br>**06/2026** | **$1,025.00** | **$1,111.18** | ❑ Mortgage<br>❑ Car<br>☑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |
| **Capital One**<br>Creditor's Name<br>**P.O. Box 60519**<br>Number     Street<br>**City of Industry, CA 91716**<br>City          State     ZIP Code | **04/2026**<br><br>**05/2026**<br><br>**06/2026** | **$600.00** | **$10,408.61** | ❑ Mortgage<br>❑ Car<br>☑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |
| **Chase Bank**<br>Creditor's Name<br>**P.O Box 15123**<br>Number     Street<br>**Wilmington, DE 19850**<br>City          State     ZIP Code | **04/2026**<br><br>**05/2026**<br><br>**06/2026** | **$1,525.00** | **$2,714.73** | ❑ Mortgage<br>❑ Car<br>☑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |
| **Discover Card Credit Cards**<br>Creditor's Name<br>**PO Box 71242**<br>Number     Street<br>**Charlotte, NC 28272**<br>City          State     ZIP Code | **04/2026**<br><br>**05/2026**<br><br>**06/2026** | **$1,063.35** | **$26,088.38** | ❑ Mortgage<br>❑ Car<br>☑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |
| **Internal Revenue Service**<br>Creditor's Name<br>**P.O. Box 7346**<br>Number     Street<br>**Philadelphia, PA 19101**<br>City          State     ZIP Code | **04/2026**<br><br>**05/2026**<br><br>**06/2026** | **$2,100.00** | | ❑ Mortgage<br>❑ Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>☑ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | |
| Insider's Name | _____ | | | |
| _____ | | | | |
| Number     Street | _____ | | | |
| _____ | | | | |
| City          State     ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | |
| Insider's Name | _____ | | | |
| _____ | | | | |
| Number     Street | _____ | | | |
| _____ | | | | |
| City          State     ZIP Code | | | | |

---

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Angela Harris v. Tracy Darling; Alexander Kohlrautz; Does 1 Through 10; Roe Corporations 11-20** | **Civil Case** | **Eighth Judicial District Court**<br>**Clark County Nevada**<br>Court Name<br>**200 Lewis Avenue**<br>Number      Street<br>**Las Vegas, NV 89101**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **A-25-927577-C** | | | |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* | **26-42672-7** |
| | First Name | Middle Name | Last Name | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

❏ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number     Street | **Explain what happened** | | |
| _____ | ❏ Property was repossessed.<br>❏ Property was foreclosed.<br>❏ Property was garnished.<br>❏ Property was attached, seized, or levied. | | |
| City          State     ZIP Code | | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number     Street | | | |
| _____<br>City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ <br> Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ <br> Number    Street | | | |
| _____ <br> City              State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❏ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ <br> Charity's Name | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ <br> Number    Street | | | |
| _____ <br> City              State   ZIP Code | | | |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❏ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Norred Law, PLLC** | **Attorney's Fee** | | |
| Person Who Was Paid | | | |
| **515 E. Border** | | 06/10/2026 | $3,200.00 |
| Number    Street | | | |
| | | | |
| **Arlington, TX 76010** | | | |
| City          State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

❏ No

☑ Yes. Fill in the details.

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **8**

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Arthur Darling** <br> Person Who Received Transfer <br><br> **1207 Glen Creek Dr.** <br> Number     Street <br><br> **Mansfield, TX 76063** <br> City          State     ZIP Code <br><br> Person's relationship to you <br> **Son** | **Approximate $10,342 transferred to Debtor's son over a two year period** | **Rolling bank transfers to debtors' adult co-habitating son. The cumulative total represents a blended arrangement consisting of gift, modest caregiving allowance, reimbursements for household expenses.** | **2024-2026** |
| **Christopher Weber** <br> Person Who Received Transfer <br><br> **9150 Dietz Elkhorn Road** <br> Number     Street <br><br> **Fair Oaks, TX 78015** <br> City          State     ZIP Code <br><br> Person's relationship to you | **Approximately $45,000 from proceeds from Frost Bank HELOC (See Sch. D #2.1)** | **Financial assistance transferred on behalf of adult son, Alexander Kohlrautz, to fund legal fees and costs associated with his personal child support domestic relations case.** | **November 2024** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

❏ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust **Wayne And Tracy** <br><br> **Darling Revocable Trust** | **Single family home located at 1207 Glen Creek Dr. Mansfield, Texas 76063. ($254212.50 value)** | **04/10/2018** |

### Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❏ No

☑ Yes. Fill in the details.

Debtor 1 **Wayne** **Alan** **Darling**
Debtor 2 **Tracy** **Ellen** **O'Reilly Darling**

Case number *(if known)* **26-42672-7**

First Name      Middle Name      Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Texas Trust Credit Union**<br>Name of Financial Institution<br><br>**317 S Main St**<br>Number      Street<br><br><br>**Mansfield, TX 76063**<br>City      State   ZIP Code | XXXX– **8** **2** **3** **3** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ‒‒‒‒‒ | **07/2025** | **$0.00** |
| **Texas Trust Credit Union**<br>Name of Financial Institution<br><br>**317 S Main St**<br>Number      Street<br><br><br>**Mansfield, TX 76063**<br>City      State   ZIP Code | XXXX– **8** **2** **3** **3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ‒‒‒‒‒ | **07/2025** | **$0.00** |
| **Charles Schwab**<br>Name of Financial Institution<br><br>**3000 Schwab Way**<br>Number      Street<br><br><br>**Westlake, TX 76262**<br>City      State   ZIP Code | XXXX– **0** **6** **6** **0** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☑ Brokerage<br>☐ Other ‒‒‒‒‒ | **11/2025** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| <br><br>Name of Financial Institution<br><br><br>Number      Street<br><br><br>City      State   ZIP Code | <br><br>Name<br><br><br>Number      Street<br><br><br>City      State   ZIP Code | | ☐ No<br>☐ Yes |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❏ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Knapp Sisters Self Storage**<br>Name of Storage Facility | **Arthur Darling**<br>Name | **Old books, family documents, bed linens, kitchen utensils, pots and pans, family photographs and memorabilia, small end tables, clothing, and Irish fairy cards** | ❏ No<br>☑ Yes |
| **100 Newt Patterson Road**<br>Number     Street | **1207 Glen Creek Dr**<br>Number     Street | | |
| | **Mansfield, TX 76063**<br>City          State     ZIP Code | | |
| **Mansfield, TX 76063**<br>City          State     ZIP Code | | | |

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number     Street | | |
| Number     Street | City          State     ZIP Code | | |
| City          State     ZIP Code | | | |

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|----------|-----------|----------|-------------|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* **26-42672-7** |
| | First Name | Middle Name | Last Name | |

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

_____
Name of site

_____
Number    Street

_____

_____
City            State    ZIP Code

_____
Governmental unit

_____
Number    Street

_____
City            State    ZIP Code

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

_____
Name of site

_____
Number    Street

_____

_____
City            State    ZIP Code

_____
Governmental unit

_____
Number    Street

_____
City            State    ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❏ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ❏ Pending |
| | Court Name | | ❏ On appeal |
| _____ | | | ❏ Concluded |
| | Number    Street | | |
| _____ | | | |
| Case number | City        State    ZIP Code | | |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | Case number *(if known)* __26-42672-7__ |
| | First Name | Middle Name | Last Name | |

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Quartz Eagle Enterprises LLC**<br>Name | **Remote copywriting, SEO, editing, and proofreading services, consulting, mentoring, in earlier years also aura photos and retail at expos.** | EIN: __2__ __7__ – __3__ __7__ __7__ __5__ __7__ __3__ __0__ |
| | Name of accountant or bookkeeper | Dates business existed |
| **1207 Glen Creek Drive**<br>Number     Street | **Greg T. Murray, PLLC** | From __10/15/2010__ To _____ |
| **Mansfield, TX 76063**<br>City                State      ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Fred Feuco Corporation (Never Operated)**<br>Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| **1207 Glen Creek Dr**<br>Number     Street | **Greg T. Murray, PLLC** | From __12/23/2023__ To _____ |
| **Mansfield, TX 76063**<br>City                State      ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Artali LLC (Defunct)**<br>Name | **Consulting services** | EIN: __8__ __8__ – __4__ __3__ __7__ __6__ __4__ __5__ __1__ |
| | Name of accountant or bookkeeper | Dates business existed |
| **1207 Glen Creek Dr**<br>Number     Street | | From __11/04/2022__ To __12/14/2023__ |
| **Mansfield, TX 76063**<br>City                State      ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

❑ No

☑ Yes. Fill in the details below.

| Debtor 1 | **Wayne** | **Alan** | **Darling** | | Case number *(if known)* __26-42672-7__ |
|---|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | | |
| | First Name | Middle Name | Last Name | | |

| | **Date issued** |
|---|---|
| **Frost Bank** | __11/01/2024__ |
| Name | MM / DD / YYYY |
| __1000 N Walnut Creek Dr__ | |
| Number    Street | |
| | |
| **Mansfield, TX 76063** | |
| City          State    ZIP Code | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _(signature)_                                    X _(signature)_

Signature of Wayne Alan Darling, Debtor 1          Signature of Tracy Ellen O'Reilly Darling, Debtor 2

Date __08/13/2026__                                Date __08/13/2026__

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wayne** | **Alan** | **Darling** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **26-42672-7**
(if known)

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................ | **$504,212.50** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................. | **$16,740.95** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................... | **$520,953.45** |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$209,506.16** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$200.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+     $121,739.82** |
| **Your total liabilities** | **$331,445.98** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................................................. | **$4,826.75** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | **$4,804.44** |

| Debtor 1 | **Wayne** | **Alan** | **Darling** | Case number *(if known)* **26-42672-7** |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **Ellen** | **O'Reilly Darling** | |
| | First Name | Middle Name | Last Name | |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   **$4,481.14**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$0.00** |

Fill in this information to identify your case:

| Debtor 1 | Wayne | Alan | Darling |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tracy | Ellen | O'Reilly Darling |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **26-42672-7**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Wayne Alan Darling, Debtor 1          Tracy Ellen O'Reilly Darling, Debtor 2

Date **08/13/2026**                        Date **08/13/2026**
      MM/ DD/ YYYY                              MM/ DD/ YYYY

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules