Marc J. Randazza, NDTX Bar No. 651477MA
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

*Counsel for Creditor Angela Harris*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>WAYNE ALAN DARLING, and TRACY ELLEN O'REILLY DARLING,<br><br>Debtors. | Chapter 7<br><br>Case No. 26-42672-ELM7<br><br>**AMENDED NOTICE OF HEARING** |

PLEASE TAKE NOTICE that a hearing on *Creditor Angela Harris's Motion for Relief from Stay* [Docket No. 10] (the "Motion") has been set for hearing on **October 14, 2026**, at **1:30 p.m.**, before the Honorable Judge Edward L. Morris, in Courtroom 204 of the U.S. Courthouse located at 501 W. Tenth Street, Fort Worth, Texas 76102. [1]

Dated: September 17, 2026.

/s/ Marc J. Randazza
Marc J. Randazza, NDTX Bar No. 651477MA
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

*Counsel for Creditor Angela Harris*

[1] With permission from the Court and the consent of Counsel for Debtors, Counsel for Creditor Angela Harris will be appearing remotely:
https://us-courts.webex.com/meet/morris (Meeting Number: 2309-445-3213)

Case No. 26-42672-ELM7

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza